UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMRA M. BUTTERFIELD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-850

Hon. Hala Y. Jarbou

## ORDER

On June 2, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be reversed and remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 28).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on June 16, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date:   June 29, 2022                          /s/ Hala Y. Jarbou
                                                                   HALA Y. JARBOU
                                                                   UNITED STATES DISTRICT JUDGE